JOHN A. GOODLETT, APPELLEE, v. SELDEN N. MERRIAM, APPELLANT.

COBB, J.

It is claimed by counsel for appellant, and conceded by counsel for appellee, that the question involved in this case is identical with that decided by the court in the cases of *Pettit v. Black*, and *Russell v. Wilhelm*, at the October term. The judgment of the district court will therefore be reversed, and the cause remanded for further proceedings in accordance with the views expressed in the cases above referred to.

REVERSED AND REMANDED.

*J. C. Watson*, for Goodlett.

*E. F. Warren*, for Merriam.